People v Cruz (2024 NY Slip Op 51282(U))

[*1]

People v Cruz (Michelle)

2024 NY Slip Op 51282(U)

Decided on September 16, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 16, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570217/22

The People of the State of New York, Respondent,
against
Michelle Cruz, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Srividya Pappachan, J.), rendered April 26, 2022, convicting her, upon a plea of guilty, of driving while intoxicated per se, and sentencing her, inter alia, to a fine of $750.

Per Curiam.
Judgment of conviction (Srividya Pappachan, J.), rendered April 26, 2022, affirmed.
We perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 16, 2024